IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BRANDON JOE LACORE-GOFF,** | |
| **Plaintiff,** | |
| | **CIVIL ACTION** |
| v. | |
| | **No. 22-cv-01219-JWL** |
| **KILOLO KIJAKAZI,** | |
| **ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

## JUDGMENT IN A CIVIL CASE

**( )  JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )  DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order (Doc. #19) filed March 30, 2023 the Commissioner's decision be and hereby is **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

Dated: 3/30/2023                                   SKYLER B. O'HARA, CLERK

                                                                 s/ Audra Harper
                                                                 Deputy Clerk